# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 9/29/08 |
|---|---|
| Lastname-SS#: | Gagum-2258 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Sprint PCS | | Cell Phone |
| | Child Support | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | Sprint PCS | | | |
| | Child Support | | | |
| | | | | |
| | | | | |
| | | | | |
| | Countrywide-1st DOT | 1 | 20,360 | ** |
| | Durham Co. Tax | 2 | | |
| | Hatch, Little, Bunn (HOA) | 3 | 1,045 | |
| | | | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Countrywide-1st DOT | 1 | $1,577 | n/a | n/a | $1,577.00 | House and Land |
| | Durham Co. Tax | 2 | $221 | n/a | n/a | $221.00 | House and Land |
| | Hatch, Little, Bunn (HOA) | 3 | $52 | n/a | n/a | $52.00 | House and Land |
| | | | | n/a | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Reginald Yates/Sovereign | 4 | | 8.00 | | | Judgment |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | 3 | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |
| **SECURED TAXES** | **Secured Amt** |
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $2,647 |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | $18,185 |
| State Taxes | |
| Personal Property Taxes | $815 |
| Alimony or Child Support Arrearage | |
| **CO-SIGN PROTECT (Pay 100%)** Int.% | Payoff Amt |
| All Co-Sign Protect Debts (See♠) | |
| **GENERAL NON-PRIORITY UNSECURED** | **Amount*** |
| DMI= None($0) | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **2,760** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **N/A** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♠ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition motgage payment.
Ch13Plan_MD_(DeSardi) (11/6/07) © John T. Orcutt (Page 4 of 4)

**Other Miscellaneous Provisions**