IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NO. 08-81457
CHAPTER 13

In Re:
MIKE ELTERMORE GAGUM,

        Debtor.

To the Clerk of the United States Bankruptcy Court:

## MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE2, its successors and/or Assigns, by and through its servicing agent, BAC Home Loans Servicing, L.P.,** (hereinafter "Movant"), and moves the Court to enter an Order granting Substitution of Counsel, Mark A. Baker in place of Angel R. Gordon.

**WHEREFORE, PREMISES CONSIDERED,** Movant requests that the court grant the motion.

REQUEST is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

DATED: June 29th, 2011

Respectfully submitted,

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE2, its successors and/or Assigns, by and through its servicing agent, BAC Home Loans Servicing, L.P.**

BY:

| | |
|---|---|
| **/S/** Mark A. Baker | **/S/** Angel R. Gordon |
| Mark A. Baker , Bar No. #32382 | Angel R. Gordon , Bar No. #24996 |
| Attorney for Deutsche Bank National Trust Company | 327 Parkview Manor Drive |
| 1587 Northeast Expressway | Tucker, Ga 30084 |
| Atlanta, GA  30329 | |
| (770) 234-9181, Ext. 8861 | |
| Fax: (404) 329-8005 | |
| mabaker@jflegal.com | |

# CERTIFICATE OF SERVICE

I, Mark A. Baker, Attorney at Law, Johnson & Freedman, LLC, 1587 Northeast Expressway, Atlanta, GA 30329, certify:

That on the 29th day of June, 2011, I served on the respondent(s) in this matter a copy of the foregoing document by regular mail, with appropriate postage affixed, at the attached addresses, or via electronic transmission, pursuant to this Court's local rule and the Federal Rules of Bankruptcy Procedure:

## VIA REGULAR U.S. MAIL:

Mike Eltermore Gagum
7 Cameroons Place
Durham, NC  27703

Richard M. Hutson, II
Chapter 13 Trustee
302 East Pettigrew St., Suite B-140
P. O. Box 3613
Durham, NC  27702-3613

John T. Orcutt, Esq.
Suite 203
6616 Six Forks Road
Raleigh, NC  27615

This, the ___29th___ day of _____June____, 2011

BY: **/S/**  Mark A. Baker
Mark A. Baker , Bar No. #32382
Attorney for Deutsche Bank National Trust Company
1587 Northeast Expressway
Atlanta, GA  30329
(770) 234-9181, Ext. 8861
Fax: (404) 329-8005
mabaker@jflegal.com